UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Matthew Toney Jackson**  Docket No. 5:16-CR-91-1H

**Petition for Action on Supervised Release**

COMES NOW Dewayne L. Smith, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Matthew Toney Jackson, who, upon an earlier plea of guilty to Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2) and 2, was sentenced in the Middle District of North Carolina by the Honorable Catherine C. Eagles, U.S. District Judge, on November 24, 2014, to the custody of the Bureau of Prisons for a term of 24 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Matthew Toney Jackson was released from custody on February 5, 2016, at which time the term of supervised release commenced. On February 25, 2016, a Violation Report was submitted to the Middle District of North Carolina advising that Jackson tested positive for marijuana on February 10, 2016, which was confirmed through laboratory analysis on February 21, 2016. The defendant signed an admission of drug use form, was verbally reprimanded for this drug use, and was counseled about his actions. The probation officer recommended to continue supervision and requested to transfer jurisdiction. On April 8, 2016, jurisdiction was transferred to the Eastern District of North Carolina. On April 26, 2016, a Petition for Action was submitted advising that the defendant tested positive for marijuana on April 9, 2016. He was referred to outpatient substance abuse counseling, and as a sanction for this violation, he was ordered to complete 5 days in jail.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On February 22, 2017, the defendant was charged in Wilson County, North Carolina, with Misdemeanor Possession of Marijuana Up to ½ Ounce and Possession of Drug Paraphernalia (17CR50551). Investigation reveals Jackson was in possession of 4 grams marijuana, a grinder, and baggies, which are used to package marijuana. Officer B. Ochoa with the Wilson Police Department arrested the defendant, Jackson posted a $750 secured bond, and these charges remain pending. During a home inspection on February 28, 2017, the defendant tested positive for marijuana, and he signed an admission of drug use form admitting to smoking marijuana on February 22, 2017; however, he denied ownership of the marijuana or the paraphernalia. As a sanction for this drug use, the probation office is recommending that he be placed on 60 days curfew with electronic monitoring. Additionally, the probation office is recommending to continue supervision pending the adjudication of these new charges. If a conviction occurs or further violations are detected, the court will be informed immediately. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Matthew Toney Jackson
Docket No. 5:16-CR-91-1H
Petition For Action
Page 2

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Dwayne K. Benfield<br>Dwayne K. Benfield<br>Supervising U.S. Probation Officer | /s/ Dewayne L. Smith<br>Dewayne L. Smith<br>U.S. Probation Officer<br>201 South Evans Street, Rm 214<br>Greenville, NC 27858-1137<br>Phone: 252-830-2338<br>Executed On: March 13, 2017 |

### ORDER OF THE COURT

Considered and ordered this ____15th____ day of March 2017, and ordered filed and made a part of the records in the above case.

_____
Malcolm J. Howard
Senior U.S. District Judge